IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | IA/AC/ARR/PTD |
| Date of Arrest: | : | March 6, 2012<br>ESR OPERATOR: C Wardlaw |
| UNITED STATES OF AMERICA | : | AUSA M Costello |
| v. | : | 12 No: 84 |
| Robert Coyle Sr | : | Jeffrey Miller |
| | : | [] CJA Appointed<br>[x] Retained<br>[] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied.
See attached Conditions of Release Order.

[x] The Government and Defense have agreed to conditions of release.
See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[x] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY: _____
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT  15 MINUTES**

(Form Revised December, 2007)