PROB 12
(Rev. 10/93)

# United States District Court

for the

## Eastern District of Pennsylvania

December 13, 2022

U.S.A. vs. Robert Coyle                                Case No.: 2:12CR000084-001

**PETITION ON SUPERVISED RELEASE**

COMES NOW Julia K. Roberts U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Robert Coyle who was placed on supervised release by the Honorable Stewart Dalzell sitting in the Court at Philadelphia, PA, on the 16th day of May 2013, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:        Loan fraud (Counts One and Three).

ORIGINAL SENTENCE:       The defendant was committed to the custody of the U.S. Bureau of Prisons for a total term of 72 months, followed by a five-year term of supervised release. A $200.00 special assessment was imposed.

SPECIAL CONDITIONS:      1) While on supervised release the defendant shall provide the U.S. Probation Office with full disclosure of his financial records as requested. 2) The defendant shall pay a fine in the amount of $6,480,302.65.

SUPERVISION
COMMENCED:               September 27, 2018

SUPERVISION
TERMINATES:              September 26, 2023

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

Mr. Coyle commenced supervised release on September 27, 2018. Information received on December 10, 2022, from the defendant's family confirmed his death from esophageal cancer on September 11, 2022.

While on supervision, Mr. Coyle satisfied the special assessment, and paid $9,108.23 toward the fine obligation. The remaining balance is $ $6,471,196.71.

RE:    **COYLE, Robert**
**Case:  2:12CR000084-001**


**PRAYING THAT THE COURT WILL ORDER...**

**THAT THE REMAINING TERM OF SUPERVISED RELEASE BE TERMINATED DUE TO THE DEATH OF THE DEFENDANT. IT IS FURTHER ORDERED THAT ANY REMAINING COURT-ORDERED FINANCIAL OBLIGATIONS OWED BY THE DEFENDANT SHALL BE DEEMED UNCOLLECTIBLE.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Digitally signed by Julia K. Roberts
Date: 2022.12.23 12:49:40 -05'00'

Julia K. Roberts
Supervising U.S. Probation Officer

Place: Philadelphia, PA
Date: December 23, 2022

cc:  Assistant U.S. Attorney
      Defense Attorney


      ORDER OF THE COURT

Considered and ordered this ___3rd___ day of __January__, _2023_, and ordered filed and made part of the records in the above case.


 */s/ Wendy Beetlestone*
U.S. District Court Judge